**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
ex rel.  JIM AUSTIN  and JOHN
MONTGOMERY;                                             Civil Action No.:
STATE OF FLORIDA ex rel.                          8:03-CV-1551-T-30-TGW
JIM AUSTIN and JOHN
MONTGOMERY

       Plaintiffs

v.

NOVARTIS PHARMACEUTICALS
CORPORATION

       Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Relators Jim Austin

and John Montgomery, through their undersigned counsel, hereby give notice of voluntary

dismissal with prejudice of all their remaining claims against Defendant Novartis

Pharmaceuticals, Inc. in this action, including, but not limited to, claims for reasonable attorney's

fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d).

Dated this 5th day of January, 2011.

|  |  |
|---|---|
|  | /s/ Kenneth J. Nolan |
| Of Counsel: | Kenneth J. Nolan |
| Frederick M. Morgan Jr. | Florida Bar No. 603406 |
| Morgan Verkamp LLC | Marcella Auerbach, Esq. |
| 700 Walnut Street, Suite 400 | Florida Bar No. 249335 |
| Cincinnati, OH 45202-2015 | Nolan & Auerbach, P.A. |
| Tel: (513) 651-4400 | 435 N. Andrews Ave., Suite 401 |
| Fax: (513) 651-4405 | Fort Lauderdale, FL 33301 |
|  | Telephone: 954-779-3943 |
|  | Fax: 954-779-3937 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF**

**VOLUNTARY DISMISSAL WITH PREJUDICE** was filed with the Clerk of Court using the

CM/ECF system, which will automatically send email notification of such filing to the following

attorneys of record:

| | |
|---|---|
| Jessica S. Champa | Randy Harwell |
| Trial Attorney | Assistant United States Attorney |
| Commerical Litigation Branch | Middle District of Florida |
| Civil Division | |
| United States Department of Justice | |

I hereby certify that I have mailed by United States Postal Service the document to the

following non CM/ECF participants:

| | |
|---|---|
| A. Brian Albritton | Mr. Bill McCollum |
| United States Attorney | Attorney General |
| Middle District of Florida | Office of Attorney General |
| | State of Florida |
| | The Capitol PL-01 |
| | Tallahassee, FL 32399-1050 |

Ms. Alex Sink
Chief Financial Officer
200 East Gaines Street
Tallahassee, FL 32399-0300

/s/ Kenneth J. Nolan
Kenneth J. Nolan
FL Bar No.: 603406