IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.*, JIM AUSTIN et al.,

        Plaintiffs,

v.                                CASE NO. 8:03-cv-1551-T-30TGW

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.
_____/

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States has filed a Notice of Dismissal. On January 5, 2011, Relators Jim Austin and John Montgomery filed a Notice of Dismissal with Prejudice. Upon due consideration of these filings, and the other papers on file in this action,

IT IS HEREBY ORDERED that,

1.    Consistent with the terms of the September 29, 2010, Settlement Agreement executed by the United States, Novartis Pharmaceuticals Corporation (Novartis), and Relators Jim Austin and John Montgomery (the Settlement Agreement), all civil monetary claims asserted on behalf of the United States against Novartis concerning the Covered Conduct as defined in Preamble Paragraph G of the Settlement Agreement shall be dismissed with prejudice; and

2.    Consistent with the terms and conditions of the Settlement Agreement, all other

claims shall be dismissed without prejudice as to the United States and with prejudice as to Relators.

Done in chambers at Tampa, Florida this __12__ day of ____Jan.____, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE